Burkett *et al. v.* Bowen.

No. 12,266.

BURKETT ET AL. *v.* BOWEN.

CHANGE OF JUDGE.—*Proceedings Supplementary to Execution.*—*"Civil Action."*
—A proceeding supplementary to execution is a civil action within the
meaning of sections 412–417, R. S. 1881, providing for a change of venue
or a change of judge; and it will be error in such case to overrule a
proper motion for a change of judge.

From the Fulton Circuit Court.

*M. R. Smith* and *G. W. Holman,* for appellants.
*J. Rowley* and *M. A. Baker,* for appellee.

HOWK, J.—This was a proceeding, by the appellee against
the appellants, supplementary to execution. The controlling
question in the case is, whether or not such a proceeding is
a civil action within the meaning of sections 412 to 417, R.
S. 1881, which authorize and provide for a change of venue
or a change of judge. This question was carefully consid-
ered by this court in the recent case of *Burkett* v. *Holman,*
*ante,* p. 6, and the conclusion was there reached that a pro-
ceeding supplementary to execution is a civil action within
the meaning of the sections above cited of our civil code.
Upon the authority of the case cited, this cause must be de-
cided as that was; and we therefore hold, in the case at bar,
that the trial court erred in overruling appellant's motion for
a change of judge. This ruling was assigned by appellants
as cause for a new trial in their motion therefor, and for this
cause the motion for a new trial ought to have been sustained.

Upon the general question as to what must be considered
"civil actions" within the scope and meaning of the stat-
utes of this State, we cite also the case of *Powell* v. *Powell,*
*ante,* p. 18.

The judgment is reversed with costs, and the cause is re-
manded with instructions to sustain the motion for a new
trial, and for further proceedings not inconsistent with this
opinion.

Filed Dec. 9, 1885.